**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Elaine Chao, Secretary of the
United States Department of Labor</u>

    v.                                                  07-mc-38-JM

<u>Jane Schofield, et al.</u>

**O R D E R**

    Plaintiff's "Petition to Enforce Administrative Subpoena" is granted. Jane Schofield is ordered to comply with the subpoena of April 18, 2007 attached to this order and produce all records subpoenaed to James M. Benages, Regional Director of the Employee Benefits Security Administration, U.S. Department of Labor, at John F. Kennedy Federal Building, Room 575, Boston, Massachusetts on September 28, 2007 at 9:00 a.m.

    **SO ORDERED.**

                                      _____
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: August 28, 2007

cc:  Gail Glick, Esq.
     Jane Schofield, pro se